IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MARTIN** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **CITIZENS FINANCIAL GROUP, INC., et al** | : | No. 10-260 |

## ORDER

**AND NOW**, this 30th day of September, 2010, upon consideration of Defendants' "Motion to Prohibit Plaintiff's Un-Authorized, Pre-Certification Publications" (Doc. No. 12), and Plaintiff's response thereto, it is hereby **ORDERED** that the motion is **DENIED** as moot.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**